AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| DOWNTOWN CRENSHAW RISING, a not for profit organization; and MEMBERS AGAINST ANTI-BLACK RACISM AT PUBLIC PENSION FUNDS, an unincorporated association <br><br> *Plaintiff(s)* <br> v. <br> DEUTSCHE BANK, a foreign entity registered in New York; DWS GROUP; CAPRI URBAN INVESTORS, LLC, a Delaware limited liability Company; CAPRI CAPITAL PARTNERS, INC.; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation; LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION; LOS ANGELES FIRE AND POLICE PENSIONS; NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM; TEACHERS RETIREMENT SYSTEM OF THE CITY OF NEW YORK; TEACHER RETIREMENT SYSTEM OF TEXAS; POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT; STATE OF MICHIGAN INVESTMENT BOARD; NEW JERSEY DIVISION OF INVESTMENT; EASTDIL SECURED, LLC, a New York limited liability company doing business in California; EASTDIL SECURED ADVISORY SERVICES, INC., a Delaware corporation; HARRIDGE DEVELOPMENT GROUP; DAVID SCHWARTZMAN, an individual; and DOES 1 through 20, inclusive, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:24-cv-07266-FMO (KSx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HARRIDGE DEVELOPMENT GROUP

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rodney S. Diggs, Esq. (SBN 274459) / rdiggs@imwlaw.com
Ryan C. C. Duckett, Esq. (SBN 288750) / rduckett@imwlaw.com
IVIE MCNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, CA 90071
(213) 489-0028

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/28/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: