NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Virginia F. Milstead (SBN 234578)
virginia.milstead@skadden.com
Allen L. Lanstra (SBN 251510)
allen.lanstra@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067

ATTORNEY(S) FOR: Defendants Access Industries & Len Blavatnik

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DOWNTOWN CRENSHAW RISING, a not for profit organization; et al.,

Plaintiff(s),

v.

DEUTSCHE BANK, a foreign entity registered in New York; et al.

Defendant(s)

CASE NUMBER:

2:24-cv-07266-FMO-MAA

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Access Industries and Len Blavatnik or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Access Industries | Defendant - no parent corporation and no publicly held corporation owning 10% or more of its stock |
| Len Blavatnik | Defendant |
|  | This information constitutes Defendants' disclosures pursuant to Fed. R. Civ. P. 7.1 and C.D. Cal. L.R. 7.1-1 |

January 24, 2025
Date

/s/Allen L. Lanstra
Signature

Attorney of record for (or name of party appearing in pro per):

Access Industries and Len Blavatnik