RODNEY S. DIGGS (SBN 274459)
rdiggs@imwlaw.com
RYAN C. C. DUCKETT (SBN 288750)
rduckett@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 489-0028

Attorneys for Plaintiffs
DOWNTOWN CRENSHAW RISING and
MEMBERS AGAINST ANTI-BLACK RACISM
AT PUBLIC PENSION FUNDS

VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
ERIC J. GREENBERG (SBN 341241)
eric.greenberg@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000

Attorneys for Defendants
ACCESS INDUSTRIES and LEN BLAVATNIK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOWNTOWN CRENSHAW RISING, a not for profit organization; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK, a foreign entity registered in New York; et al., <br><br> Defendants. | Case No.: 2:24-cv-07266-CV-MAA <br><br> **STIPULATION REGARDING VOLUNTARY DISMISSAL AS TO DEFENDANTS ACCESS INDUSTRIES AND LEN BLAVATNIK** <br><br> Judge: Hon. Cynthia Valenzuela <br><br> Complaint served: January 3, 2025 |

**WHEREAS**, on August 26, 2024, Plaintiffs Downtown Crenshaw Rising and Members Against Anti-Black Racism at Public Pension Funds (collectively, "Plaintiffs") filed the initial complaint in the above-captioned matter (the "Action") [ECF No. 1];

**WHEREAS**, on November 22, 2024, Plaintiffs filed a First Amended Complaint naming Access Industries ("Access") and Len Blavatnik ("Blavatnik") as defendants [ECF No. 45];

**WHEREAS**, on March 18, 2025, Access and Blavatnik filed their motion to dismiss the First Amended Complaint [ECF No. 143];

**WHEREAS**, Plaintiffs have agreed to dismiss Access and Blavatnik, without prejudice;

**NOW, THEREFORE**, Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss, without prejudice, their claims in the Action against Access and Blavatnik, with Plaintiffs reserving all rights;

2. Each party shall bear their own costs and attorneys' fees;

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this notice of voluntary dismissal does not require an order from the Court, and therefore, this voluntary dismissal of Defendants Access and Blavatnik is self-executing.

DATED: April 2, 2025

IVIE McNEILL WYATT PURCELL & DIGGS

By: */s/ Ryan C. C. Duckett*
RYAN C. C. DUCKETT
Attorneys for Plaintiffs
DOWNTOWN CRENSHAW RISING and MEMBERS AGAINST ANTI-BLACK RACISM AT PUBLIC PENSION FUNDS

*The filer, Ryan C. C. Duckett, attests that all other signatories listed, on whose behalf this filing is*

1

*submitted, concur in the filing's content and have authorized the filing.*

DATED: April 2, 2025

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

          By:   */s/ Virginia F. Milstead*
                 VIRGINIA F. MILSTEAD
                 Attorneys for Defendants
          ACCESS INDUSTRIES and LEN BLAVATNIK